UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EARL GRAY, JR.,

                    Petitioner,

      v.

TULALIP TRIBAL COURT,

                    Respondent.

Case No. C19-1623-JLR-MAT

ORDER DISMISSING FEDERAL
HABEAS ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the answers of the Tulalip Tribal Court and Snohomish County, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Petitioner's petition for writ of habeas corpus (Dkt. 12), and this action, are DISMISSED for want of jurisdiction;

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

/ / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1    (4)    The Clerk is directed to send copies of this Order to petitioner, to all counsel of

2    record, and to the Honorable Mary Alice Theiler.

3        DATED this 14th day of July, 2020.

4

5    _____

6    JAMES L. ROBART
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2